**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISIONX TECHNOLOGIES, LLC, | Case No. 8:23-cv-02068-MCS-ADS |
| Plaintiffs, | **FINAL JUDGMENT** |
| v. | |
| OMNIVISION TECHNOLOGIES, INC. | |
| Defendant. | |

1. This 29th day of October, 2024, by stipulation of the parties in this matter, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

Judgment of no infringement of any claim of United States Patent Nos. 7,867,808, 7,868,366, and 8,035,143 is hereby entered in favor of Defendant OmniVision Technologies, Inc. ("Defendant") and against Plaintiff VisionX Technologies, LLC ("Plaintiff"). Defendant's counterclaims and defenses, if any, are dismissed with prejudice.

Each party bears its own costs and expenses relating to this litigation (including attorney and expert fees and expenses).

By: _____
Mark C. Scarsi
United States District Judge